AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

All funds on deposit up to $294,500
at M&T Bank,
account number xxxxxx2416,
held in the name of Continental Beverage LLC

**APPLICATION AND AFFIDAVIT
FOR SEIZURE WARRANT**

CASE NUMBER:

I, ___Christine M. Morrison___ being duly sworn depose and say:

I am a(n) __Special Agent with the Internal Revenue Service-Criminal Investigation office__ and have reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely (describe the property to be seized)

    All funds on deposit up to $294,500 at M&T Bank,
    account number xxxxxx2416, held in the name of Continental Beverage LLC

which are (state one or more bases for seizure under the United States Code)

    subject to seizure and forfeiture pursuant to 31 U.S.C. § 5317(c)(2)
    (incorporating 18 U.S.C.§§ 981 and 984)

concerning a violation of Title _31_ United States Code, Section _5324(a)_. The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Diane Lucas
Asset Forfeiture Unit, Criminal Division
(202) 514-8097

Signature of Affiant
Christine M. Morrison, Special Agent
Internal Revenue Service-Criminal Investigation office

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

### AFFIDAVIT IN SUPPORT OF APPLICATION
### FOR SEIZURE WARRANT

### Background

I, Christine M. Morrison, being duly sworn, depose and state as follows:

1.  I am a Special Agent of the Internal Revenue Service, Criminal Investigation and have been so employed since August, 2002.  I am currently assigned to the Internal Revenue Service-Criminal Investigation (IRS-CI) office in the District of Columbia wherein part of our mission is to identify and investigate possible money laundering and currency structuring violations, specifically, violations of 18 U.S.C. §§ 1956, 1957, and 1960 and 31 U.S.C. §§ 5316, 5324, and 5330.  As a Special Agent, I completed Special Agent Training at the Federal Law Enforcement Training Center in Brunswick, Georgia, which included lessons in criminal and financial investigative techniques, criminal law, search and seizure warrants.  These types of investigations have focused on individuals who derive income from legal as well as illegal sources.  Unless otherwise stated, the information in this affidavit is either personally known to me or has been provided to me by other law enforcement officers and/or is based on a review of various documents and records as more particularly described herein.

### Property for Seizure

2.  This affidavit supports an application for a seizure warrant for all monies and other things of value up to the amount $294,500, that are contained in account number xxxxxx2416 held in the name of Continental Beverage LLC at M&T Bank.  The account was opened at the M&T Bank branch located at 10128 River Road in Potomac, Maryland.  Cash deposits to this account were made at the M&T Bank branch located at 1680 K Street, NW, Washington, D.C.  Probable cause exists to believe that such monies are subject to seizure and forfeiture to the United States pursuant to 31 U.S.C. §5317(c)(2) (incorporating 18 U.S.C. §§ 981 and 984),

because these monies constitute property involved in, or traceable to, deposits structured to evade currency reporting requirements, in violations of 31 U.S.C. § 5324(a) or these funds may be seized in place of such property, because they represent the same or fungible property found in the same place or account from which the property involved in the offense was deposited, within the one year period after September 5, 2006.

## Legal Authority for Seizure

3. Title 31, United States Code, Section 5313 and the regulations promulgated by the Department of Treasury at 31 C.F.R. Part 103, *et seq.*, require financial institutions that engage with customers in a currency transaction (i.e. a deposit or withdrawal) in excess of $10,000 to report the transactions to the Internal Revenue Service on FINCEN Form 104 (formerly Form 4789), which is known as a Currency Transaction Report ("CTR"). These regulations also require that multiple transactions be treated as a single transaction if the financial institution has knowledge that the multiple transactions are being made by, or on behalf of, the same person and they result in either currency received or disbursed by the financial institution of more than $10,000 during any one business day.

4. CTRs are often used by law enforcement to uncover a variety of illegal activities, including narcotics trafficking, money laundering, terrorist financing, and tax evasion. Many individuals involved in these types of illegal activities are aware of such reporting requirements and take active steps to prevent financial institutions from filing CTRs. These active steps are referred to as "structuring" or "smurfing" and involve, among other methods, a person or persons making multiple cash deposits, in amounts of or less than $10,000, to multiple banks and/or

branches of the same bank on the same day or on consecutive days.  Structuring cash deposits to evade financial reporting requirements is prohibited by 31 U.S.C. § 5324(a)(3).

    5.  In order to establish a violation of 31 U.S.C. § 5324(a), the government must prove that a person structured or assisted in structuring, or attempted to structure or assist in structuring, any transaction with one or more domestic financial institutions in amounts no greater than $10,000 for the purpose of evading the reporting requirements of section 5313(a) or any regulation prescribed under such sections.

    6.  Title 31 U.S.C. § 5317 provides for the civil forfeiture of any property involved in a violation of sections 5313, 5316, or 5324 of that title, or any conspiracy to commit any such violation, and any property traceable to any such violation or conspiracy; it is further provided that the property shall be forfeited in accordance with the procedures governing money laundering forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

    7.  Title 18 U.S.C. § 984 provides that, in any forfeiture action *in rem* in which the subject property is cash [or] funds deposited into a financial institution, the government does not have to identify the specific property involved in the offense that is the basis for the forfeiture; it is no defense that said property has been removed and replaced by identical property; and identical property found in the same account as the property involved in the forfeiture offense are subject to forfeiture.  In essence, § 984 allows the government to seize for civil forfeiture identical property found in the same place where the "guilty" property had been kept.  However, § 984 does not allow the government to reach back in time for additional period; a forfeiture action against property not directly traceable to the offense that is the basis for the forfeiture cannot be commenced more than one year from the date of the offense.

**Facts Supporting Probable Cause**

8. Continental Beverage LLC filed its Articles of Organization with the District of Columbia on April 8, 1999. Continental Beverage LLC has account number xxxxxx2416 in its name at M & T Bank. Records obtained from M&T Bank for account number xxxxxx2416 identify Ashoo Bhalla, Sanjeev Bhalla and Gurjeet Singh as the authorized signers for this account. The bank account was opened at the M&T Bank branch located at 10128 River Road in Potomac, Maryland. However, cash deposits to the account were conducted at the M&T Bank branch located at 1680 K Street, N.W., in Washington, D.C. Continental Beverage LLC, d/b/a Continental Wine & Liquor, conducts business as a convenience store at 1100 Vermont Avenue, NW, Washington, D.C. 20005. Among other things, the convenience store sells liquor and lottery tickets. The convenience store also provides check cashing services as well as Western Union money transfers.

9. I have personally examined M&T Bank records related to account number xxxxxx2416. My examination of the banking activity of Continental Beverage LLC from September 5, 2006 through January 30, 2007, revealed that no single cash deposit ever exceeded $10,000.

10. The attached Exhibit A details the cash deposit activities of the above-named account for the above referenced periods of time. Funds totaling $294,500 were deposited into the account for the period of time referenced above. I was able to identify and confirm that approximately 31 deposits totaling $294,500 were deposited in the form of cash. Each of the 31 cash deposits was in the amount of $9,500. On at least 13 occasions, deposits of amounts under the $10,000 threshold were made on consecutive days. For example, for five consecutive days

between September 11, 2006 and September 15, 2006, cash deposits in the amount of $9,500 were made. In addition, on January 22, 2007 and January 23, 2007, cash deposits in the amount of $9,500 were made. The cash deposits reflected in Exhibit A show that there were days when Continental Beverage LLC had no cash deposit for the day. For instance, there were no cash deposits made on Tuesday, September 19, 2006 or Wednesday, September 20, 2006.

      11. Based on my training and experience, I know that multiple cash deposits in amounts ranging between $9,000 and $10,000 over a short period of time can indicate the breaking up of a larger amount of money into smaller deposits to avoid triggering the filing of a CTR (mandatory for amounts in excess of $10,000). In short, this kind of activity is indicative of structuring. Based on my experience, there is probable cause to believe that the business is accumulating cash and depositing it piecemeal in such a manner so as to not trigger a CTR.

      12. Interviews were conducted with the former branch manager and three tellers of the M&T Bank branch located at 1680 K Street, N.W., Washington, D.C. All four individuals recognized a photograph that depicted Gurjeet Singh and only one of the tellers recognized a photograph that depicted Ashoo Bhalla. All four individuals advised that Gurjeet Singh was known as "Gary." The then branch manager advised that shortly after the account was opened Gurjeet Singh introduced himself to her. It was the branch manager's recollection that a runner/courier usually brought the deposits to the branch on behalf of Gary and that the runner/courier dealt only with the tellers. One teller advised that Gurjeet Singh occasionally brought deposits for the account of Continental Beverage LLC to the branch and that on most occasions, deposits were brought to the branch by an unknown man.

13. Surveillance photographs were obtained from the branch of M&T Bank located at 1680 K Street, NW, Washington, DC. These photographs depict the individual who made cash deposits, each in the amount of $9,500, to the account of Continental Beverage LLC on March 26, 2007, April 2, 2007, April 3, 2007, April 4, 2007 and April 9, 2007. Your affiant compared these photographs with a photograph obtained from Maryland's Department of Motor Vehiclethat depicts Jose Alvarez-Reyes. It is your affiant's belief that the bank surveillance photographs depict Jose Alvarez-Reyes.

14. The photograph obtained from Maryland's Department of Motor Vehicle that depicts Jose Alvarez-Reyes was shown to branch personnel of M&T Bank located at 1680 K Street, NW, Washington, DC. At least three branch personnel identified Jose Alvarez-Reyes as the man who made the deposits into the account of Continental Beverage LLC.

15. Between February 21, 2006 and March 12, 2007, three CTRs were filed related to deposits of cash in excess of $10,000 into a bank account held in the name of Continental Beverage LLC at a branch of Bank of America, located at 1090 Vermont Avenue, NW, in Washington, DC. Of the three CTRs, two listed Jose Alvarez, aka Jose Alvarez-Reyes as the transactor.

16. On January 10, 2005, M&T Bank filed a CTR following multiple deposits of cash that exceeded $10,000 in a single business day. The CTR indicated that it was Gurjeet Singh who conducted the transaction.

17. Between January 8, 2004 and December 17, 2004, there were approximately 27 CTRs filed by Citibank FSB, located at 1000 Vermont Avenue, NW, in Washington, DC and 4 CTRs filed by Chevy Chase Bank, located at 925 15th Street, NW, Washington, D.C. related to

deposits and withdrawals of cash into/from accounts held in the name of Continental Beverage LLC. Of the 31 CTRs filed during the above referenced time frame, at least 8 CTRs were filed related to transactions conducted by Gurjeet Singh.

## Conclusion

18. I respectfully submit that the facts set forth above make out probable cause to believe that from September 5, 2006 through January 30, 2007, cash deposits totaling $294,500 were structured into M&T Bank account number xxxxxx2416 in order to evade the requirement to report cash deposits of $10,000 or more. To the extent that funds in the amount up to $294,500 are now in the Continental Beverage LLC account, M&T Bank Account number xxxxxx2416, they represent the same or fungible property found in the same place or account from which the property involved in the offense was deposited, within the one-year period after September 5, 2006, and are therefore subject to forfeiture pursuant to Title 18 U.S.C. §984.

19. Therefore, I request the issuance of a seizure warrant for the following personal property: Funds on deposit and credit to account number xxxxxx2416 held in the name of Continental Beverage LLC, held at M&T Bank up to $294,500.

The statements above are true and accurate to the best of my knowledge and belief.

_____

Christine M. Morrison
Special Agent
Internal Revenue Service, Criminal Investigations

Subscribed to and sworn before me on this \_\_\_\_\_ day of June, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

| | Exhibit A<br>Continental Beverage LLC<br>M&T Bank<br>Account # xxxxxx2416 | | | |
|---|---|---|---|---|
| Day of the week | Posted Date | Transaction Time | Deposits | Location of Deposit |
| Monday | 2/6/2006 | | $7,804.00 | |
| Monday | 2/6/2006 | | $3,586.04 | |
| Tuesday | 2/7/2006 | | | |
| Wednesday | 2/8/2006 | | $7,979.14 | |
| Thursday | 2/9/2006 | | $3,136.51 | |
| Friday | 2/10/2006 | | $9,590.52 | |
| Friday | 2/10/2006 | | $4,752.97 | |
| Saturday | 2/11/2006 | | | |
| Sunday | 2/12/2006 | | | |
| Monday | 2/13/2006 | | | |
| Monday | 2/14/2006 | | $13,821.58 | |
| Tuesday | 2/14/2006 | | $3,885.80 | |
| Wednesday | 2/15/2006 | | | |
| Wednesday | 2/15/2006 | | | |
| Thursday | 2/16/2006 | | | |
| Friday | 2/17/2006 | | $9,017.18 | |
| Friday | 2/17/2006 | | $6,013.57 | |
| Friday | 2/17/2006 | | $1,435.21 | |
| Saturday | 2/18/2006 | | | |
| Sunday | 2/19/2006 | | | |
| Monday | 2/20/2006 | | | |
| Tuesday | 2/21/2006 | | $8,143.15 | |
| Tuesday | 2/21/2006 | | $6,821.86 | |
| Tuesday | 2/21/2006 | | $2,573.70 | |
| Wednesday | 2/22/2006 | | $5,808.45 | |
| Thursday | 2/23/2006 | | | |
| Friday | 2/24/2006 | | $8,923.72 | |
| Friday | 2/24/2006 | | $6,754.69 | |
| Saturday | 2/25/2006 | | | |
| Sunday | 2/26/2006 | | | |
| Monday | 2/27/2006 | | $7,245.84 | |
| Tuesday | 2/28/2006 | | $7,773.25 | |
| Wednesday | 3/1/2006 | | $9,500.00 | |
| Thursday | 3/2/2006 | | $6,031.08 | |
| Friday | 3/3/2006 | | $11,295.37 | |
| Saturday | 3/4/2006 | | | |
| Sunday | 3/5/2006 | | | |
| Monday | 3/6/2006 | | $6,349.36 | |
| Monday | 3/6/2006 | | $6,182.60 | |
| Monday | 3/6/2006 | | $5,491.53 | |
| Tuesday | 3/7/2006 | | $3,888.31 | |
| Wednesday | 3/8/2006 | | | |
| Thursday | 3/9/2006 | | | |
| Friday | 3/10/2006 | | $6,751.02 | |

| Day | Date | Amount |
|---|---|---|
| Friday | 3/10/2006 | $5,160.94 |
| Saturday | 3/11/2006 | |
| Sunday | 3/12/2006 | |
| Monday | 3/13/2006 | $9,500.00 |
| Monday | 3/13/2006 | $8,918.06 |
| Monday | 3/13/2006 | $3,626.21 |
| Monday | 3/13/2006 | $3,401.89 |
| Tuesday | 3/14/2006 | |
| Wednesday | 3/15/2006 | $4,999.93 |
| Thursday | 3/16/2006 | $10,030.79 |
| Thursday | 3/16/2006 | $80.00 |
| Friday | 3/17/2006 | $13,175.47 |
| Saturday | 3/18/2006 | |
| Sunday | 3/19/2006 | |
| Monday | 3/20/2006 | $7,514.11 |
| Monday | 3/20/2006 | $5,708.35 |
| Tuesday | 3/21/2006 | $5,949.41 |
| Tuesday | 3/21/2006 | $3,295.89 |
| Wednesday | 3/22/2006 | |
| Thursday | 3/23/2006 | $3,137.37 |
| Friday | 3/24/2006 | $5,558.52 |
| Saturday | 3/25/2006 | |
| Sunday | 3/26/2006 | |
| Monday | 3/27/2006 | $10,682.45 |
| Monday | 3/27/2006 | $6,776.28 |
| Tuesday | 3/28/2006 | $6,332.39 |
| Wednesday | 3/29/2006 | |
| Thursday | 3/30/2006 | $3,546.19 |
| Friday | 3/31/2006 | $6,225.07 |
| Saturday | 4/1/2006 | |
| Sunday | 4/2/2006 | |
| Monday | 4/3/2006 | $9,069.17 |
| Monday | 4/3/2006 | $7,947.65 |
| Monday | 4/3/2006 | $5,436.65 |
| Tuesday | 4/4/2006 | $1,849.92 |
| Wednesday | 4/5/2006 | |
| Thursday | 4/6/2006 | $7,286.47 |
| Friday | 4/7/2006 | $7,441.05 |
| Saturday | 4/8/2006 | |
| Sunday | 4/9/2006 | |
| Monday | 4/10/2006 | $9,500.00 |
| Monday | 4/10/2006 | $8,403.97 |
| Monday | 4/10/2006 | $5,290.86 |
| Tuesday | 4/11/2006 | $5,271.82 |
| Wednesday | 4/12/2006 | $9,500.00 |
| Thursday | 4/13/2006 | |
| Friday | 4/14/2006 | $9,500.00 |
| Friday | 4/14/2006 | $8,069.05 |
| Friday | 4/14/2006 | $4,606.64 |
| Saturday | 4/15/2006 | |
| Sunday | 4/16/2006 | |
| Monday | 4/17/2006 | $7,733.50 |

| Day | Date | Amount |
|---|---|---|
| Monday | 4/17/2006 | $6,926.33 |
| Monday | 4/17/2006 | $6,086.96 |
| Tuesday | 4/18/2006 | $6,197.81 |
| Wednesday | 4/19/2006 | |
| Thursday | 4/20/2006 | $13,625.84 |
| Friday | 4/21/2006 | $9,032.89 |
| Saturday | 4/22/2006 | |
| Sunday | 4/23/2006 | |
| Monday | 4/24/2006 | $8,143.70 |
| Monday | 4/24/2006 | $7,331.07 |
| Monday | 4/24/2006 | $6,789.61 |
| Tuesday | 4/25/2006 | |
| Wednesday | 4/26/2006 | |
| Thursday | 4/27/2006 | |
| Friday | 4/28/2006 | $13,266.46 |
| Saturday | 4/29/2006 | |
| Sunday | 4/30/2006 | |
| Monday | 5/1/2006 | $9,802.55 |
| Monday | 5/1/2006 | $7,777.40 |
| Monday | 5/1/2006 | $6,047.93 |
| Tuesday | 5/2/2006 | $4,161.06 |
| Tuesday | 5/2/2006 | $3,741.92 |
| Wednesday | 5/3/2006 | |
| Thursday | 5/4/2006 | $5,726.85 |
| Friday | 5/5/2006 | $9,299.97 |
| Saturday | 5/6/2006 | |
| Sunday | 5/7/2006 | |
| Monday | 5/8/2006 | $9,500.00 |
| Monday | 5/8/2006 | $9,307.81 |
| Monday | 5/8/2006 | $6,380.38 |
| Tuesday | 5/9/2006 | $4,952.44 |
| Wednesday | 5/10/2006 | $9,500.00 |
| Thursday | 5/11/2006 | |
| Friday | 5/12/2006 | $7,213.54 |
| Friday | 5/12/2006 | $5,324.68 |
| Saturday | 5/13/2006 | |
| Sunday | 5/14/2006 | |
| Monday | 5/15/2006 | $9,500.00 |
| Monday | 5/15/2006 | $9,266.74 |
| Monday | 5/15/2006 | $5,991.70 |
| Tuesday | 5/16/2006 | $12,394.33 |
| Wednesday | 5/17/2006 | |
| Thursday | 5/18/2006 | $4,832.06 |
| Friday | 5/19/2006 | $6,836.26 |
| Saturday | 5/20/2006 | |
| Sunday | 5/21/2006 | |
| Monday | 5/22/2006 | $12,117.34 |
| Monday | 5/22/2006 | $9,894.29 |
| Monday | 5/22/2006 | $5,773.68 |
| Tuesday | 5/23/2006 | $8,530.98 |
| Wednesday | 5/24/2006 | |
| Thursday | 5/25/2006 | $8,351.33 |

| Day | Date | Amount |
|---|---|---|
| Friday | 5/26/2006 | $8,476.77 |
| Saturday | 5/27/2006 | |
| Sunday | 5/28/2006 | |
| Monday | 5/29/2006 | |
| Tuesday | 5/30/2006 | $9,764.13 |
| Tuesday | 5/30/2006 | $4,554.88 |
| Tuesday | 5/30/2006 | $3,705.30 |
| Wednesday | 5/31/2006 | $5,809.03 |
| Thursday | 6/1/2006 | $5,742.37 |
| Friday | 6/2/2006 | |
| Saturday | 6/3/2006 | |
| Sunday | 6/4/2006 | |
| Monday | 6/5/2006 | $10,825.96 |
| Monday | 6/5/2006 | $10,230.24 |
| Monday | 6/5/2006 | $9,500.00 |
| Monday | 6/5/2006 | $4,550.18 |
| Monday | 6/5/2006 | $3,459.35 |
| Tuesday | 6/6/2006 | |
| Wednesday | 6/7/2006 | |
| Thursday | 6/8/2006 | $4,520.23 |
| Friday | 6/9/2006 | $10,860.32 |
| Friday | 6/9/2006 | $9,500.00 |
| Saturday | 6/10/2006 | |
| Sunday | 6/11/2006 | |
| Monday | 6/12/2006 | $7,833.52 |
| Monday | 6/12/2006 | $7,245.55 |
| Monday | 6/12/2006 | $3,771.09 |
| Tuesday | 6/13/2006 | $6,089.39 |
| Wednesday | 6/14/2006 | |
| Thursday | 6/15/2006 | |
| Friday | 6/16/2006 | $7,734.95 |
| Friday | 6/16/2006 | $6,919.59 |
| Saturday | 6/17/2006 | |
| Sunday | 6/18/2006 | |
| Monday | 6/19/2006 | $10,493.92 |
| Monday | 6/19/2006 | $5,536.46 |
| Monday | 6/19/2006 | $5,196.75 |
| Tuesday | 6/20/2006 | |
| Wednesday | 6/21/2006 | |
| Thursday | 6/22/2006 | $5,356.02 |
| Friday | 6/23/2006 | $8,144.27 |
| Saturday | 6/24/2006 | |
| Sunday | 6/25/2006 | |
| Monday | 6/26/2006 | $7,971.60 |
| Monday | 6/26/2006 | $5,350.15 |
| Monday | 6/26/2006 | $3,332.61 |
| Tuesday | 6/27/2006 | $4,110.06 |
| Wednesday | 6/28/2006 | |
| Thursday | 6/29/2006 | $5,894.60 |
| Friday | 6/30/2006 | $6,971.10 |
| Saturday | 7/1/2006 | |
| Sunday | 7/2/2006 | |

| Day | Date | Amount |
|---|---|---|
| Monday | 7/3/2006 | $10,172.15 |
| Monday | 7/3/2006 | $10,069.37 |
| Monday | 7/3/2006 | $3,262.22 |
| Tuesday | 7/4/2006 | |
| Wednesday | 7/5/2006 | |
| Thursday | 7/6/2006 | $6,644.49 |
| Friday | 7/7/2006 | $6,095.15 |
| Saturday | 7/8/2006 | |
| Sunday | 7/9/2006 | |
| Monday | 7/10/2006 | $8,487.46 |
| Monday | 7/10/2006 | $7,652.78 |
| Monday | 7/10/2006 | $4,493.85 |
| Monday | 7/10/2006 | $4,486.45 |
| Tuesday | 7/11/2006 | $4,703.55 |
| Wednesday | 7/12/2006 | $9,500.00 |
| Thursday | 7/13/2006 | $5,614.95 |
| Friday | 7/14/2006 | $7,805.41 |
| Saturday | 7/15/2006 | |
| Sunday | 7/16/2006 | |
| Monday | 7/17/2006 | $9,673.83 |
| Monday | 7/17/2006 | $7,151.44 |
| Monday | 7/17/2006 | $4,500.00 |
| Monday | 7/17/2006 | $4,170.36 |
| Tuesday | 7/18/2006 | $5,000.00 |
| Tuesday | 7/18/2006 | $4,285.37 |
| Wednesday | 7/19/2006 | |
| Thursday | 7/20/2006 | |
| Friday | 7/21/2006 | $10,263.51 |
| Friday | 7/21/2006 | $4,775.42 |
| Friday | 7/21/2006 | $4,654.79 |
| Saturday | 7/22/2006 | |
| Sunday | 7/23/2006 | |
| Monday | 7/24/2006 | $6,316.83 |
| Monday | 7/24/2006 | $6,034.41 |
| Tuesday | 7/25/2006 | $3,692.58 |
| Wednesday | 7/26/2006 | $3,927.08 |
| Thursday | 7/27/2006 | |
| Friday | 7/28/2006 | $6,143.91 |
| Friday | 7/28/2006 | $3,246.28 |
| Saturday | 7/29/2006 | |
| Sunday | 7/30/2006 | |
| Monday | 7/31/2006 | $9,500.00 |
| Monday | 7/31/2006 | $8,152.03 |
| Monday | 7/31/2006 | $5,976.42 |
| Tuesday | 8/1/2006 | $10,771.13 |
| Wednesday | 8/2/2006 | |
| Thursday | 8/3/2006 | |
| Friday | 8/4/2006 | $6,471.95 |
| Friday | 8/4/2006 | $8,743.21 |
| Saturday | 8/5/2006 | |
| Sunday | 8/6/2006 | |
| Monday | 8/7/2006 | $9,374.26 |

| Day | Date | Amount |
|---|---|---|
| Monday | 8/7/2006 | $7,700.66 |
| Monday | 8/7/2006 | $6,592.15 |
| Monday | 8/7/2006 | $5,843.39 |
| Tuesday | 8/8/2006 | |
| Wednesday | 8/9/2006 | $5,298.72 |
| Thursday | 8/10/2006 | |
| Friday | 8/11/2006 | $7,732.98 |
| Saturday | 8/12/2006 | |
| Sunday | 8/13/2006 | |
| Monday | 8/14/2006 | $10,226.20 |
| Monday | 8/14/2006 | $6,079.83 |
| Monday | 8/14/2006 | $6,000.00 |
| Tuesday | 8/15/2006 | |
| Wednesday | 8/16/2006 | $8,967.86 |
| Thursday | 8/17/2006 | |
| Friday | 8/18/2006 | $9,471.34 |
| Friday | 8/18/2006 | $8,692.59 |
| Friday | 8/18/2006 | $7,815.62 |
| Saturday | 8/19/2006 | |
| Sunday | 8/20/2006 | |
| Monday | 8/21/2006 | $5,358.26 |
| Monday | 8/21/2006 | $5,212.40 |
| Tuesday | 8/22/2006 | $8,652.27 |
| Wednesday | 8/23/2006 | |
| Thursday | 8/24/2006 | $10,877.80 |
| Friday | 8/25/2006 | |
| Saturday | 8/26/2006 | |
| Sunday | 8/27/2006 | |
| Monday | 8/28/2006 | $10,484.69 |
| Monday | 8/28/2006 | $7,156.45 |
| Monday | 8/28/2006 | $6,924.08 |
| Tuesday | 8/29/2006 | |
| Wednesday | 8/30/2006 | $4,358.37 |
| Thursday | 8/31/2006 | |
| Friday | 9/1/2006 | $9,922.94 |
| Friday | 9/1/2006 | $8,967.47 |
| Saturday | 9/2/2006 | |
| Sunday | 9/3/2006 | |
| Monday | 9/4/2006 | |
| Tuesday | 9/5/2006 | $9,917.14 |
| Tuesday | 9/5/2006 | $9,500.00 |
| Tuesday | 9/5/2006 | $7,082.16 |
| Tuesday | 9/5/2006 | $2,503.57 |
| Wednesday | 9/6/2006 | $5,805.24 |
| Wednesday | 9/6/2006 | $5,000.00 |
| Thursday | 9/7/2006 | |
| Thursday | 9/7/2006 | |
| Friday | 9/8/2006 | $9,110.71 |
| Friday | 9/8/2006 | $7,566.66 |
| Saturday | 9/9/2006 | |
| Sunday | 9/10/2006 | |
| Monday | 9/11/2006 | $9,500.00 |

| Day | Date | Amount |
|---|---|---|
| Monday | 9/11/2006 | $6,585.07 |
| Monday | 9/11/2006 | $4,433.12 |
| Tuesday | 9/12/2006 | $9,500.00 |
| Tuesday | 9/12/2006 | $6,993.08 |
| Wednesday | 9/13/2006 | $9,500.00 |
| Thursday | 9/14/2006 | $9,500.00 |
| Friday | 9/15/2006 | $12,242.80 |
| Friday | 9/15/2006 | $9,500.00 |
| Friday | 9/15/2006 | $8,092.42 |
| Friday | 9/15/2006 | $5,519.90 |
| Saturday | 9/16/2006 | |
| Sunday | 9/17/2006 | |
| Monday | 9/18/2006 | $9,500.00 |
| Monday | 9/18/2006 | $4,642.60 |
| Tuesday | 9/19/2006 | $7,548.32 |
| Tuesday | 9/19/2006 | $1,407.48 |
| Wednesday | 9/20/2006 | $4,397.73 |
| Thursday | 9/21/2006 | |
| Friday | 9/22/2006 | |
| Saturday | 9/23/2006 | |
| Sunday | 9/24/2006 | |
| Monday | 9/25/2006 | $9,500.00 |
| Monday | 9/25/2006 | $9,460.90 |
| Monday | 9/25/2006 | $6,778.30 |
| Monday | 9/25/2006 | $5,906.10 |
| Tuesday | 9/26/2006 | $9,500.00 |
| Tuesday | 9/26/2006 | $3,748.38 |
| Wednesday | 9/27/2006 | |
| Thursday | 9/28/2006 | $6,877.27 |
| Friday | 9/29/2006 | $8,078.65 |
| Saturday | 9/30/2006 | |
| Sunday | 10/1/2006 | |
| Monday | 10/2/2006 | $9,700.65 |
| Monday | 10/2/2006 | $7,100.30 |
| Monday | 10/2/2006 | $6,233.35 |
| Tuesday | 10/3/2006 | $5,567.31 |
| Wednesday | 10/4/2006 | |
| Thursday | 10/5/2006 | $6,869.68 |
| Friday | 10/6/2006 | |
| Saturday | 10/7/2006 | |
| Sunday | 10/8/2006 | |
| Monday | 10/9/2006 | |
| Tuesday | 10/10/2006 | $12,420.02 |
| Tuesday | 10/10/2006 | $9,500.00 |
| Tuesday | 10/10/2006 | $7,101.40 |
| Wednesday | 10/11/2006 | $9,500.00 |
| Wednesday | 10/11/2006 | $6,901.99 |
| Thursday | 10/12/2006 | |
| Friday | 10/13/2006 | $9,170.96 |
| Saturday | 10/14/2006 | |
| Sunday | 10/15/2006 | |
| Monday | 10/16/2006 | $11,812.19 |

| Day | Date | Amount |
|---|---|---:|
| Monday | 10/16/2006 | $5,024.39 |
| Monday | 10/16/2006 | $3,820.93 |
| Tuesday | 10/17/2006 | $6,630.32 |
| Wednesday | 10/18/2006 | |
| Thursday | 10/19/2006 | $6,050.55 |
| Friday | 10/20/2006 | $5,176.49 |
| Saturday | 10/21/2006 | |
| Sunday | 10/22/2006 | |
| Monday | 10/23/2006 | $11,047.90 |
| Monday | 10/23/2006 | $9,500.00 |
| Monday | 10/23/2006 | $5,806.49 |
| Tuesday | 10/24/2006 | $9,500.00 |
| Wednesday | 10/25/2006 | $6,411.64 |
| Thursday | 10/26/2006 | |
| Friday | 10/27/2006 | $12,128.26 |
| Friday | 10/27/2006 | $9,573.84 |
| Friday | 10/27/2006 | $4,680.78 |
| Saturday | 10/28/2006 | |
| Sunday | 10/29/2006 | |
| Monday | 10/30/2006 | $7,156.57 |
| Tuesday | 10/31/2006 | $4,624.35 |
| Wednesday | 11/1/2006 | $8,105.57 |
| Thursday | 11/2/2006 | |
| Friday | 11/3/2006 | $7,612.34 |
| Saturday | 11/4/2006 | |
| Sunday | 11/5/2006 | |
| Monday | 11/6/2006 | $11,526.48 |
| Monday | 11/6/2006 | $9,500.00 |
| Monday | 11/6/2006 | $5,855.20 |
| Tuesday | 11/7/2006 | |
| Wednesday | 11/8/2006 | $9,500.00 |
| Thursday | 11/9/2006 | $6,305.13 |
| Friday | 11/10/2006 | $19,005.00 |
| Friday | 11/10/2006 | $5,678.00 |
| Saturday | 11/11/2006 | |
| Sunday | 11/12/2006 | |
| Monday | 11/13/2006 | $9,500.00 |
| Monday | 11/13/2006 | $5,973.79 |
| Tuesday | 11/14/2006 | |
| Wednesday | 11/15/2006 | 7770.45 |
| Thursday | 11/16/2006 | |
| Friday | 11/17/2006 | |
| Saturday | 11/18/2006 | |
| Sunday | 11/19/2006 | |
| Monday | 11/20/2006 | 13314.04 |
| Monday | 11/20/2006 | 6136.39 |
| Tuesday | 11/21/2006 | 7736.54 |
| Wednesday | 11/22/2006 | 7144.17 |
| Thursday | 11/23/2006 | |
| Friday | 11/24/2006 | 8331.42 |
| Saturday | 11/25/2006 | |
| Sunday | 11/26/2006 | |

| Day | Date | Amount |
|---|---|---:|
| Monday | 11/27/2006 | 9500 |
| Monday | 11/27/2006 | 7656.7 |
| Monday | 11/27/2006 | 7204.45 |
| Monday | 11/27/2006 | 4832.73 |
| Tuesday | 11/28/2006 | |
| Wednesday | 11/29/2006 | 6829.42 |
| Thursday | 11/30/2006 | |
| Friday | 12/1/2006 | |
| Saturday | 12/2/2006 | |
| Sunday | 12/3/2006 | |
| Monday | 12/4/2006 | 9844.09 |
| Monday | 12/4/2006 | 9500 |
| Monday | 12/4/2006 | 8561.42 |
| Monday | 12/4/2006 | 7260.27 |
| Tuesday | 12/5/2006 | 9500 |
| Tuesday | 12/5/2006 | 8441.07 |
| Wednesday | 12/6/2006 | |
| Thursday | 12/7/2006 | |
| Friday | 12/8/2006 | |
| Saturday | 12/9/2006 | |
| Sunday | 12/10/2006 | |
| Monday | 12/11/2006 | 11645.77 |
| Monday | 12/11/2006 | 9500 |
| Monday | 12/11/2006 | 6956.82 |
| Monday | 12/11/2006 | 6394.72 |
| Monday | 12/11/2006 | 5182.69 |
| Tuesday | 12/12/2006 | 9500 |
| Tuesday | 12/12/2006 | 3819.99 |
| Wednesday | 12/13/2006 | |
| Thursday | 12/14/2006 | |
| Friday | 12/15/2006 | 9666.57 |
| Friday | 12/15/2006 | 8207.55 |
| Saturday | 12/16/2006 | |
| Sunday | 12/17/2006 | |
| Monday | 12/18/2006 | 9500 |
| Monday | 12/18/2006 | 8176.73 |
| Monday | 12/18/2006 | 5253.08 |
| Tuesday | 12/19/2006 | 9500 |
| Wednesday | 12/20/2006 | 9500 |
| Wednesday | 12/20/2006 | 3429.15 |
| Thursday | 12/21/2006 | |
| Friday | 12/22/2006 | 9138.58 |
| Saturday | 12/23/2006 | |
| Sunday | 12/24/2006 | |
| Monday | 12/25/2006 | |
| Tuesday | 12/26/2006 | 11097.43 |
| Tuesday | 12/26/2006 | 7236.57 |
| Tuesday | 12/26/2006 | 4772.33 |
| Tuesday | 12/26/2006 | 3717.81 |
| Wednesday | 12/27/2006 | |
| Thursday | 12/28/2006 | |
| Friday | 12/29/2006 | 9298.1 |

| Friday   | 12/29/2006 | | 6737.39 |
| Saturday | 12/30/2006 | | |
| Sunday   | 12/31/2006 | | |
| Monday   | 1/1/2007   | | |
| Tuesday  | 1/2/2007   | | 9500    |
| Tuesday  | 1/2/2007   | | 8689.56 |