AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

**SEIZURE WARRANT**

All funds on deposit up to $294,500
at M&T Bank,
account number
held in the name of Continental Beverage LLC

CASE NUMBER: 07 - 2 8 4 - M - 01

TO: <u>Director, Internal Revenue Service-Criminal Investigation office,</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Christine M. Morrison</u> who has reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely (describe the property to be seized)

      All funds on deposit up to $294,500 at M&T Bank,
      account number            in the name of Continental Beverage LLC

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 1 1 2007
_____
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

at Washington, D. C.

_Joh M. Faciola_
_____
Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 6-11-2007 | 6-12-2007    3:30 pm | T. FRANKLIN Clemmer III, |
| INVENTORY MADE IN THE PRESENCE OF | | ASSISTANT VICE PRESIDENT. |

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

M&T Bank Check #
Dated: 6-22-07 for Continental Beverage in the
amount of $123,518.73. See attached check copy

**FILED**

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

C. Morrison

Subscribed, sworn to, and returned before me this date.

_____    6-26-07
U.S. Judge or U.S. Magistrate Judge            Date

**OFFICIAL CHECK**

## M&T Bank
Manufacturers and Traders Trust Company
BUFFALO, N.Y. 14240

22-07/1020

Continental Beverage                    DATE  6-22-7

REMITTER

PAY TO THE ORDER OF  U.S. Department of the TReasury ****    $ 123,518·73

$123518·73

seizure warrant IRS
case 07284m01

TWO AUTHORIZED SIGNATURES REQUIRED FOR AMOUNTS $10,000.00 & OVER

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

DRAWER: M & T BANK
Issued by Integrated Payment Systems Inc., Englewood, Colorado
JPMorgan Chase Bank, N.A., Denver, Colorado